FILED'08 APR 03 14:15 USDC-ORM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| ALFRED TWO FEATHERS,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social<br>Security,<br><br>    Defendant. | Civ. No. 06-6335-CL<br><br><br><br>**JUDGMENT** |

The Commissioner's decision is reversed and remanded for an award of benefits.

DATED this 3 day of April, 2008.

*/s/ Owen M. Panner*
OWEN M. PANNER
U.S. DISTRICT JUDGE

1 - JUDGMENT